MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Cecil Marion Smith

Chapter 7 Case No. 09-41156

Please Check One:

\_\_\_\_\_ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PYOD LLC it successors and assigns as assignee of Citibank c/o Resurgent Capital Services P.O. Box 19008 Greenville, SC 29602 | 2 | 516.82 | 3.61 |

Dated: August \_\_\_\_, 2010

_____
Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\C. Smith\Unclaimed Dividends Distribution Less than $5.wpd

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

August 30, 2010

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Cecil Marion Smith
      BKY No. 09-41156

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $3.61 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
*rlseaver@fullerseaverramette.com*

RLS:klf
Enclosure
cc:   United States Trustee

C:\Data\randy\Trustee-Mpls\C. Smith\Letter to Court filing Unclaimed Dividends Distribution of Less than $5 and check.wpd